ANNIE SOLOMON, Respondent, *v.* HERBERT E. SOLOMON, Appellant.

Supreme Court, Appellate Term, Second Department, June 2, 1939.

*Lind, Shlivik, Marks & Brin* [*William Lamkay* on the brief], for the appellant.

*Louis Kroll*, for the respondent.

Judgment unanimously reversed upon the law, with thirty dollars costs to the defendant, and complaint dismissed, with appropriate costs in the court below.

The Municipal Court has no jurisdiction of an action by one co-owner to recover from another co-owner the proportionate share of taxes or water rates paid on their common property. No opinion.

All concur. Present — LEWIS, SMITH and McCOOEY, JJ.